MACKLE CONSTRUCTION CO. *v.* LOWENSTEIN INVESTMENT CO.

BECK, P. J.   This case is controlled by the decision in the case of *Massa-chusetts Bonding & Insurance Co.* v. *Lowenstein Investment Co.*, ante. *Judgment affirmed.   All the Justices concur.*

No. 2467.   DECEMBER 16, 1921.   REHEARING DENIED JANUARY 13, 1922.

Equitable petition.   Before Judge Pendleton.   Fulton superior court.   December 7, 1920.

*Norman I. Miller,* for plaintiff in error.

*Rosser, Slaton, Phillips & Hopkins,* contra.